UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20337-cv-GOLD/GOODMAN

ISRAEL PONCE,

    Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

Based on the Summary Judgment Order and the Order Amending Summary Judgment Order [ECF Nos. 33, 39], final judgment is hereby entered in accordance with Fed. R. Civ. P. 58(a) in the following manner:

1. Final Judgment is hereby entered in favor of Plaintiff Israel Ponce and against Defendant BCA Financial Services, Inc. on counts 1, 3, and 4 of Plaintiff's Complaint. Plaintiff shall recover from Defendant the amount of $1,000.00 in statutory damages, plus post-judgment interest at the rate as prescribed by 28 U.S.C. §1961, for which execution shall issue.

2. Final Judgment is hereby entered in favor of Defendant BCA Financial Services, Inc. and against Plaintiff Israel Ponce on count 2 of Plaintiff's Complaint. As to that count, Plaintiff shall take nothing from the aforementioned Defendant and shall go hence without day.

3. The Court reserves judgment for attorney fees and costs.

DONE AND ORDERED in Chambers, in Miami, Florida, this ___ day of July 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Jonathan Goodman