UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-cv-20337-GOLD/GOODMAN

ISRAEL PONCE,

    Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.

    Defendant.
_____/

## FINAL JUDGMENT ON ATTORNEYS' FEES AND COSTS

In accordance with Federal Rule of Civil Procedure 58 and the Court's Order Adopting in Part Report and Recommendation; Awarding Fees and Costs in Favor of Plaintiff [ECF No. 64], final judgment is hereby entered in favor of Plaintiff Israel Ponce and against BCA Financial Services, Inc. in the amount of **$48,422.68**, for which sum let execution lie.

BY COURT ORDER at Miami, Florida this 19th day of October, 2012.

STEVEN M. LARIMORE
Clerk of Court

By:     MARITZA NICADO
Deputy Clerk

cc:
United States Magistrate Judge Jonathan Goodman
All Counsel and Parties of Record